AMERICAN LAFRANCE AND FOAMITE CORPORATION, Plaintiff, and JAMES W. KNOBLOCK, Plaintiff-Respondent, v. THE CITY OF NEW YORK and RUSSELL FORBES, Commissioner of Purchase of the City of New York, and JOHN J. MCELLIGOTT, Fire Commissioner of the City of New York, Appellants.— Taxpayer's action brought under section 51 of the General Municipal Law to restrain defendants from awarding contracts for the purchase by the city of New York of certain fire apparatus. The complaint alleges illegality and waste and that the specifications in the proposal to bid limit competition unfairly, are arbitrary and unreasonable and call for antiquated and obsolete apparatus. Judgment, and order so far as it denies defendants' motion for judgment dismissing the complaint as to plaintiff James W. Knoblock, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. [156 Misc. 2.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARL WOERFEL, Appellant.— Judgment convicting defendant of violation of section 1172 of the Penal Law (knowingly receiving property removed to defraud creditors) unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOSEPH BURNETTI, Respondent, v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Appellant.—Action upon a policy of insurance issued by defendant to the Martin New York Tent & Duck Co., Inc., Samuel Martin and others, wherein the defendant insured the named assureds against liability arising out of any actions in which cars owned, operated or controlled by the named assureds were involved. Order granting plaintiff's motion for partial summary judgment, and the judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

YONKERS SAVINGS BANK, Respondent, v. JOHN J. RYAN and Others, Defendants, Impleaded with HANNAH A. RYAN, Appellant.—Action to foreclose two mortgages covering property owned by defendant John J. Ryan in the borough of Bronx. Order granting plaintiff's motion for summary judgment unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

WAKEFIELD BUILDERS, INC., Respondent, v. WILLIAM BOYE, Appellant.— Action to reform a written contract for sale of real property and, after its reformation, for specific performance thereof and other additional relief. Order denying defendant's motion for judgment dismissing the complaint on the ground that the contract is void and unenforcible under the Statute of Frauds unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

MARTIN SHENKER, Respondent, v. COMMERCIAL CASUALTY INSURANCE COMPANY, Appellant.— The action is brought by the assignee of a claim of $10,650 against defendant insurance company on an automobile liability policy. It is alleged that one Agnes Dwyer, while driving a car owned by one Riordan, was involved in an accident as the result of which Agnes Dwyer was sued by August Kirschmann and paid a judgment in the amount aforesaid. Order denying defendant's motion for summary judgment dismissing the complaint unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.